NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MAXEON SOLAR PTE. LTD.,**
*Appellant*

**v.**

**HANWHA SOLUTIONS CORP.,**
*Cross-Appellant*

_____

2026-1501

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-01203.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      MAXEON SOLAR PTE. LTD. v. HANWHA SOLUTIONS CORP.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 23, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 23, 2026